Simon v. Williams + Fudge, Inc., SDNY, Case No. 07-CV-2856-WP4

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE: April 17, 2007

NAME OF SERVER (PRINT): Brian L. Bromberg

TITLE: Attorney for Plaintiff

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Served on Registered Agent for Williams + Fudge, Inc., CT Corporation, 111 Eighth Ave, NYC 10011, by personal delivery to Elena Bou, Process Specialist at 10:40 AM

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 17, 2007

Signature of Server: Brian L. B——

Address of Server: 40 Exchange Place, Ste 2010, NY, NY 10005

J. MICHAEL McMAHON

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.