Yanthis, M.J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------X

SARAH LEVINE SIMON                                         07-2856          (GAY)

                        Plaintiff,

        -against-
                                                STIPULATION
                                                EXTENDING TIME
WILLIAMS & FUDGE, INC. and                      TO ANSWER
VINCENT VALLONE,

                        Defendants,

-----------------------------------------X

        IT IS HEREBY STIPULATED that the time for the defendants to appear and to answer, amend or supplement the answer as of course or to make any motion with relation to the summons or to the complaint in this action, be and the same hereby is extended to and including the 16th day of June 2007

Dated:  May 8, 2007

_____                    _____
ARTHUR SANDERS (AS-1204)                    BRIAN L. BROMBERG (DB-6264)
Attorney for defendants                     Attorney for plaintiff
2 Perlman Drive - Suite 301                 40 Exchange Place-Suite 4010
Spring Valley NY 10977-5230                 New York NY 10005
845-352-7272                                646-278-5648

        So ORDERED.

_____
U.S.M.J.
dated  5/16/07