UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X    **07-CV-2856**

SARAH LEVINE SIMON,

        Plaintiff,

  -against-    RULE 7.1
                                                       DISCLOSURE

WILLIAMS & FUDGE, INC. and
VINCENT VALLONE,

        Defendants.

- - - - - - - - - - - - - - - - - - X

        Defendant, WILLIAMS & FUDGE, INC., by its attorney, Arthur Sanders, alleges that it has no publicly traded parent companies.

Dated:  Spring Valley, New York
       June 15, 2007

                                            _/S/_____
                                            ARTHUR SANDERS, ESQ. (AS-1210)
                                            Attorney for defendants
                                            2 Perlman Drive – Suite 301
                                            Spring Valley NY 10977-5230
                                            845-352-7272

# CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2007 the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and or the Southern District's Rules On Electronic Service upon the following parties and participants:

Brian L. Bromberg, Esq.

_/S/_____
ARTHUR SANDERS