UNITED STATIS DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SARAH LEVINE SIMON
                        Plaintiff,

                                                                                                        07 CIVIL 2856 ( )

      -against-
WILLIAMS & FUDGE INC AND VINCENT VALLONE
                        Defendant.
-----------------------------------------------------------x

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information Change(s) for: _____Arthur Sanders_____

☐ **Attorney**

    ☒ I am U.S.D.C, Southern District of New York attorney. My bar Number is ____1210____

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency Attorney

☐ **Law Firm/Government Agency Association**

    From: ARTHUR SANDERS
    To: MEL S HARRIS AND ASSOCIATES, LLC

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____

☐   *Address*:     5 Hanover Square, 8th floor, New York, NY 10004

☐   *Telephone Number*:   212-660-1050

☐   *Fax Number*:   646-454-2104

☐   *E-mail Address*:   asanders@melharrislaw.com

Date: 1-16-08