# MEL S. HARRIS AND ASSOCIATES, LLC
### ATTORNEYS AT LAW
5 HANOVER SQUARE, 8th FLOOR
NEW YORK, NY 10004
Tel: (212) 571-4900
Fax: (646) 454-2104

MEL S. HARRIS
DAVID WALDMAN
KERRY H. LUTZ
ARTHUR SANDERS

SETH H. CHLANDER
ROBERT NIDHA
RICHARD ELLISO
AMANDA PEREZ
JOSHUA YOUNG AN

February 8, 2008

**MEMO ENDORSED**

Hon. George A. Yanthis
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re: Sarah Levine Simon v. Williams & Fudge, Inc. and Vincent Vallone
    07 CV 2856 (KMK)

Dear Judge Yanthis:

Please be advised that this office represents the defendants in the above-captioned matter. This letter is written on behalf of all parties to the lawsuit to request an extension of the discovery cutoff date for this case.

Plaintiff's counsel and I have agreed to conduct depositions of the defendants on March 5th and 6th, 2008, in Rock Hill, South Carolina. We have not yet scheduled the deposition of the plaintiff.

We do anticipate that all discovery and all depositions will be completed by end of March 2008 and request an Order extending the discovery cutoff date to March 31, 2008.

In addition, we would request that the conference, now scheduled for February 22, 2008 be adjourned to early April so that meaningful settlement discussions can take place.

Thank you for your cooperation.

Sincerely,

MEL S. HARRIS & ASSOCIATES, LLC

By: Arthur Sanders

as/ctw

cc: Brian Bromberg, Esq.
    via facsimile

APPLICATION GRANTED
SO ORDERED: [signature]
         YANTHIS, USMJ  2/13/08

2/22/08 Conference is cancelled — New telephone conference is 4-4-08 at 9:00 a.m. π to initiate the call.