# BROMBERG LAW OFFICE, P.C.

Brian L. Bromberg
Licensed in
New York and California

40 Exchange Place, Suite 2010
New York, NY 10005
Phone: (212) 248-7906
Fax:   (212) 248-7908





April 3, 2008

<u>Via Fax: (914) 390-4095</u>
Honorable George A. Yanthis
U. S. District Court
Southern District of New York
300 Quarropas St
White Plains, NY 11601

Re:  Simon v. Williams & Fudge, et al.
     <u>SDNY, No. 07-Civ-2856 (KMK)(GAY)</u>

Dear Judge Yanthis:

My office represents the plaintiff in the above-referenced matter brought under the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, and other, state-law claims.

The parties have a status conference scheduled for tomorrow morning at 9:00 a.m. We request that the Court cancel the conference because it is no longer necessary. The parties have settled. I am just waiting for the settlement funds to clear my IOLA account before I forward releases to defense counsel, Arthur Sanders, Esq.

Therefore, the parties jointly request that Your Honor mark the case settled and retain jurisdiction to enforce the terms and obligations of the settlement.

Respectfully,

Brian L. Bromberg

cc:  Arthur Sanders, Esq. (Via Fax: 212-571-0965)