UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH LEVINE SIMON,<br><br>                 Plaintiff,<br>- against -<br><br>WILLIAMS & FUDGE, INC., and VINCENT VALLONE,<br><br>                 Defendants. | No. 07-CV-2856<br>(KMK)(GAY)<br><br>USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: _____ |

*Stipulation and Order*

1. The parties hereby stipulate to the dismissal with prejudice of the claims against Defendants Williams & Fudge, Inc., and Vincent Vallone.

2. The Court shall retain jurisdiction over any matters concerning the terms, obligations, and enforcement of the settlement between Plaintiffs and Defendants.

Dated: April 4-21, 2008

Plaintiff Sarah Levine Simon

By: _____
Brian L. Bromberg
Bromberg Law Office, P.C.
40 Exchange Place, Suite 2010
New York, NY 10005
Tel: (212) 248-7906

Defendants Williams & Fudge, Inc., and Vincent Vallone

By: _____
Arthur Sanders
Mel S. Harris and Associates, LLC
5 Hanover Square, 8th Floor
New York, NY 10004
Tel: (212) 660-1050

SO ORDERED:

_____
Hon.                                    5/6/08